IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALDOR SOLUTIONS CORPORATION<br>24 NE 24th Ave, Pompano Beach, Florida 33062-5206;<br><br>and<br><br>PANGLOSS INTERNATIONAL S.A.<br>P.O. Box N-808, Nassau, Bahamas<br><br>Plaintiffs,<br><br>v.<br><br>Hon. JON W. DUDAS,<br>Under Secretary of Commerce for<br>Intellectual Property and Director of the<br>United Sates Patent and Trademark Office<br>600 Dulany Street<br>Alexandria, Virginia  22314<br><br>Defendant. | Civil Case No. _____<br><br>**Jury Trial Demanded** |

**COMPLAINT AND DEMAND FOR TRIAL BY JURY
TO AUTHORIZE THE DIRECTOR TO ISSUE LETTERS PATENT**

Plaintiffs ALDOR SOLUTIONS CORPORATION and PANGLOSS INTERNATIONAL S.A., by its attorneys, allege as follows:

**JURISDICTION AND VENUE**

1.  This is an action arising under the patent laws of the United States and seeks a judicial review of a decision of the United States Patent and Trademark Office Board of Patent Appeals and Interferences.

-1-

2. This Court has original jurisdiction pursuant to Title 35, United States Code, § 145. Jurisdiction in this Court is also proper under Title 28, United States Code §§ 1331 and 1338(a).

3. Venue in the United States District Court for the District of Columbia is the appropriate venue for this action, pursuant to Title 35, United States Code, § 145.

## THE PARTIES

4. Plaintiff ALDOR SOLUTIONS CORPORATION ("Aldor") is a corporation organized and existing under the laws of the United States, and has a place of business at 24 NE 24th Ave, Pompano Beach, Florida 33062-5206.

5. Plaintiff PANGLOSS INTERNATIONAL S.A. ("Pangloss") is a corporation having an address of P.O. Box N-808, Nassau, Bahamas.

6. The defendant is the Honorable Jon W. Dudas, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office (the "PTO"), having offices at 600 Dulany Street, Alexandria, Virginia 22314.

## GENERAL ALLEGATIONS

7. Plaintiffs are the co-owners of patent application Serial No. 09/694,095 ("the '095 application") titled "On-line System For Memorial, Legacy, Funeral and Remembrance Arrangements, Services and Transactions," which is the subject matter of this dispute. Plaintiffs acquired the '095 application by virtue of an assignment from Lifefiles.com, Inc., which was assigned the application by the application's sole inventor Michael Gary Platner.

8. The '095 application was filed in the PTO on October 19, 2000, and claims the benefit of priority to provisional application number 60/160,392 under 35 U.S.C. §119(e), which was filed on October 19, 1999.

9.  As presently amended, the '095 application contains claims 27, 28, 30, 31, 41-48, 54, 55 and 57-64 which are pending ("the pending claims").

10. On August 2, 2005, the PTO issued an Official Action in which the examiner rejected the pending claims as unpatentable pursuant to 35 U.S.C. § 102(e) and/or 35 U.S.C. § 103(a). In making these rejections, the Examiner cited and relied upon the following references: (a) U.S. Patent Application No. 2002/0022962 by Richardson; (b) U.S. Patent No. 6,038,597, by Van Wyngarden; (c) U.S. Patent No. 6,304,886 by Bernardo; (d) "Hockey Talk," Ottawa Citizen, Nov. 19, 1997; (e) "Web Site Helps Mourning Families," Reuters, Mar. 12, 1999; (f) "The HTML Sourcebook," Second Edition, 1996, by Graham, Ian S.; (g) "System Architecture," 1998, by Burd, Stephen D; (h) "Large Group E-mail Communication: Management Nightmare and the Listserv Solution," July 17, 1998, by Overbaugh, Richard C.; and (i) "The Internet for Dummies," 3rd Edition, 1995, by Levine et al.

11. Applicant to the '095 application duly and timely appealed from the examiner's rejection to the PTO Board of Patent Appeals and Interferences ("the Board") pursuant to Title 35, United States Code, § 134(a). On March 27, 2008, the Board issues a Decision on Appeal wherein it sustained and affirmed the rejections of the pending claims under 35 U.S.C. § 102(e) and/or 35 U.S.C. § 103(a).

12. The PTO failed to apply and comply with the applicable case law and the PTO's statutory and regulatory requirements in the examination of the '095 application, in reviewing the Patent Examiner's actions and, ultimately, in refusing to issue a patent on the invention defined by the '095 application's pending claims.

13. The PTO made reversible errors of fact and law during its administrative examination and review of the '095 application. Specifically, the PTO erred in rejecting the '095

application's pending claims under 35 U.S.C. § 102(e) and/or 35 U.S.C. § 103(a). The PTO's errors included a failure to apply the correct legal standards for conception and reduction to practice; novelty and/or obviousness during examination and review of the application; and a failure to give proper consideration to the evidence of record.

14. In addition, the Board that issued the March 27, 2008 Decision on Appeal was improperly constituted under the appointments clause of the United States Constitution. In particular, upon information and belief, at least one of the three judges that constituted the members of the Board that issued the March 27, 2008 were appointed by the PTO director on or after March 2000.

15. The judges who sit on the Board qualify as "inferior officers" under the appointments clause of the United States Constitution. The appointments clause of the United States Constitution requires that inferior officers be appointed either by the President of the United States, the courts of law or heads of departments. The PTO director is not a head of a department within the meaning of the appointments clause.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully requests that Judgment be entered for Plaintiffs, and that Plaintiffs be granted the following relief:

A. Judgment that Plaintiffs are entitled to receive a Letters Patent for the invention as described and claimed in the '095 application, in due form of law as prescribed by the Patent Statute, Title 35, United States Code, § 1 *et seq.*

B. Judgment pursuant to Title 35, United States Code, § 145, authorizing the Director of the United States Patent and Trademark Office to issue a Letters Patent on the

invention described and claimed in the '095 application in due form of law and as prescribed by the Patent Statute, Title 35, United States Code, § 1 *et seq.*

C.  A declaration that the Board who decided the March 27, 2008 Decision on Appeal was unconstitutional under the appointments clause to the United States Constitution, and therefore that the Board's March 27, 2008 Decision was invalid; and

D.  Such other and further relief as this Court may deem just and proper.

## REQUEST FOR JURY TRIAL

Plaintiff hereby requests a jury trial.

Dated: May 28, 2008

Respectfully submitted,

Noam B. Fischman (Bar No. 469397)
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO PC
701 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
nbfischman@mitnz.com

*Attorney for Plaintiffs ALDOR SOLUTIONS CORPORATION and PANGLOSS INTERNATIONAL S.A.*

*Of counsel:*

Andrew D. Skale, Esq.
Nathan R. Hamler, Esq.
MINTZ LEVIN COHN FERRIS
   GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

## I (a) PLAINTIFFS

Aldor Solutions Corporation and Pangloss International S.A.

## DEFENDANTS

Honorable Jon W. Dudas, Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent and Trademark Office

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Noam B. Fischman
Mintz Levin Cohn Ferris Glovsky and Popeo PC
701 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-434-7300
Facsimile: 202-434-7400

ATTORNEYS

Case: 1:08-cv-00897
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/28/2008
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☒ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

35 USC § 145 - Review of PTO's rejection of patent application.

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐

DEMAND $ _____  Check YES only if demanded in compl:
JURY DEMAND:  YES ☒  NO ☐

## VIII. RELATED CASE(S) IF ANY

(See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 05/28/2008   SIGNATURE OF ATTORNEY OF RECORD _____

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.